In the Matter of JOSEPH LEWIS, Appellant, against NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, et al., Respondents.

Submitted October 6, 1952; decided October 9, 1952.

*Martin J. Scheiman* for motion.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Abe Wagman* of counsel), opposed.

Motion dismissed upon the ground that the papers were not served and filed within the time provided by subdivision 3 of section 592 of the Civil Practice Act.